**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>District of Nevada | |
|---|---|
| **Name of Debtor (if individual, enter Last, First, Middle):**<br>Villa, Ederlinda A. | **Name of Joint Debtor (Spouse) (Last, First, Middle):** |
| **All Other Names used by the Debtor in the last 8 years**<br>(include married, maiden, and trade names):<br>None | **All Other Names used by the Joint Debtor in the last 8 years**<br>(include married, maiden, and trade names): |
| **Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN**<br>(if more than one, state all): 5835 | **Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN**<br>(if more than one, state all): |
| **Street Address of Debtor (No. and Street, City, and State):**<br>10530 Hope Mills Dr<br>Las Vegas , NV<br>ZIPCODE 89135 | **Street Address of Joint Debtor (No. and Street, City, and State)**<br>ZIPCODE |
| **County of Residence or of the Principal Place of Business:**<br>CLARK | **County of Residence or of the Principal Place of Business:** |
| **Mailing Address of Debtor (if different from street address):**<br>ZIPCODE | **Mailing Address of Joint Debtor (if different from street address):**<br>ZIPCODE |
| **Location of Principal Assets of Business Debtor (if different from street address above):** | ZIPCODE |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (1/08)

Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>Ederlinda A. Villa | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location<br>Where Filed:    District of Nevada | Case Number:<br>08-19361 | Date Filed:<br>6/2/2009 |
| Location<br>Where Filed:    N.A. | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:    NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X _____    3/16/2010<br>     Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1) (1/08)**                                                                 Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Ederlinda A. Villa |
| --- | --- |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _~Eeylls Villa~_____
Signature of Debtor        EDERLINDA A. VILLA

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

3/16/2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
## District of Nevada

In re  Ederlinda A. Villa _____    Case No._____
$\qquad$ **Debtor(s)** $\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ **(if known)**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B1 D (Official Form 1, Exh. D) (12/09) – Cont.                                                        **Page 2**

☐  3. · I certify that I requested credit counseling services from an approved agency but
was unable to obtain the services during the seven days from the time I made my request, and the
following exigent circumstances merit a temporary waiver of the credit counseling requirement
so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit
counseling briefing within the first 30 days after you file your bankruptcy petition and
promptly file a certificate from the agency that provided the counseling, together with a
copy of any debt management plan developed through the agency.  Failure to fulfill these
requirements may result in dismissal of your case.  Any extension of the 30-day deadline
can be granted only for cause and is limited to a maximum of 15 days. Your case may also
be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case
without first receiving a credit counseling briefing.**

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the
applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental
illness or mental deficiency so as to be incapable of realizing and making rational
decisions with respect to financial responsibilities.);
    ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the
extent of being unable, after reasonable effort, to participate in a credit counseling
briefing in person, by telephone, or through the Internet.);
    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit
counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

    **I certify under penalty of perjury that the information provided above is true and
correct.**

Signature of Debtor: _____

                              EDERLINDA A. VILLA

        Date: _____3/16/2010_____

Certificate Number: 03088-NV-CC-010278023

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 16, 2010_____, at 9:40_____ o'clock PM CDT_____,

Ederlinda A Villa_____ received from

Debt Education and Certification Foundation_____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of Nevada_____, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared_____. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone_____.

Date: March 16, 2010_____    By    /s/Maria Arreguin_____

                                Name  Maria Arreguin_____

                                Title  Counselor_____

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# UNITED STATES BANKRUPTCY COURT
## District of Nevada

In re   Ederlinda A. Villa _____ ,
                          Debtor

Case No. _____ _____ _____

Chapter   13 _____ _____ _____

# VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 1 page, is true, correct and complete to the best of my knowledge.

Date   3/16/2010 _____

Signature
of Debtor    _____
             EDERLINDA A. VILLA

Baldomero P Villa
10530 Hope Mills Drive
Las Vegas, NV 89135-2852

David L. Tanner, Esq.
David L. Tanner, Esq., P.C.
7472 West Sahara Avenue
-Suite 101-
Las Vegas, NV 89117-2748

Accredited Home Lenders
Acct No ****2804
Box 502480
San Diego, CA 92150-2480

Alessi Trustee Corporation
Acct No ****232
9500 West Flamingo Road - Suite 100
Las Vegas, NV 89147

Alessi Trustee Corporation
Acct No ***3920
9500 West Flamingo Road - Suite 100
acct: HOA / AMBER HILLS II HOA
Las Vegas, NV 89147

Amber Hills II HO Association
Acct No *****3201
c/o FCCMI
P O Box 28759
Las Vegas, NV 89126

ASC
Acct No *****6058
POB 10388
Des Moines, IA 50306-0388

ASC
Acct No *****6058
POB 10388
Des Moines, IA 50306

ASC
Acct No *****6058
POB 60768
Los Angeles, CA 90060-0768

ASC / Aurora Loan Servicing
Acct No *****6058
POB 10388
Des Moines, IA 50306

ASC / Aurora Loan Servicing
Acct No ****6058
POB 1225
Charlotte, NC 28201

ASC / Aurora Loan Servicing
Acct No ****6058
POB 60768
Los Angeles, CA 90060

ASC 2009
Acct No *****6058
POB 1225
Charlotte, NC 28201

Aurora Loan Services
Acct No ****3809
P O Box 1706
Scottsbluff, NE 69363-1706

Aurora Loan Services
Acct No ****3809
P O Box 5180
Denver, CO 80217-5180

Aurora Loan Services
Acct No ****3809
10350 Park Meadows Drive
Littleton, CO 80124

Aurora Loan Services
Acct No ****3809
P O Box 78111
Phoenix, AZ 85062-8111

BAC Home Loans Svc.  (1st Mtg)
Acct No ***xxxx ****1370
c/o McCalla Raymer, LLC / BK DEPT.
1544 Old Alabama Road
Roswell, GA 30076

BAC Home Loans Svc./Countrywide(1st Mtg)
Acct No ***7087
c/o McCalla Raymer, LLC / BK DEPT.
1544 Old Alabama Road
Roswell, GA 30076

Bank of America Home Equity Line
Acct No ***6199
P O Box 26078
Greensboro, NC 27420

Bank of America Home Loan Servicing
Acct No ***6199
P O Box 10219
Van Nuys, CA 91410-0219

Bank of America Home Loan Servicing 2009
Acct No ***6199
P O Box 5170
Simi Valley, CA 93062-5170

Bank of America Mortgage
Acct No ***6199
POB 30750
Los Angeles, CA 90030-0750

Ben-Ezra and Katz PA
Acct No ****2804
2901 Stirling Road #300
Fort Lauderdale, FL 33312

Cal-Western Reconveyance Corporation
Acct No ***3074
P O Box 22004
El Cajon, CA 92022-9004

Cal-Western Reconveyance Corporation
Acct No ***3074
P O Box 601310
San Diego, CA 92160-1310

Cal-Western Reconveyance Corporation
Acct No ***3074
525 East Main Street
El Cajon, CA 92020

California Reconveyance Company
Acct No *****4121
9200 Oakdale Avenue
Chatsworth, CA 91311

California Reconveyance Company
Acct No ****7206
9301 Corbin Avenue
Northridge, CA 91324

California Reconveyance Company
Acct No ****7206
9200 Oakdale Avenue
Mail Stop N110612
Chatsworth, CA 91311

CCB Credit Services Inc
5300 South 6th Street
Springfield, IL 62703-5184

CCB Credit Services Inc
Acct No ***4367
P O Box 272
Springfield, IL 62705-0272

Charlotte Clark
7472 West Sahara Avenue #101
Las Vegas, NV 89117

Charlotte Clark Turner
7472 West Sahara Avenue #101
Las Vegas, NV 89117

Charlotte Clark, Intervention
Acct No ****1998
7472 West Sahara Avenue #101
Las Vegas, NV 89117

Chase Home Equity Line of Credit 2009
Acct No ****1722
POB 78116
Phoenix, AZ 85062-8116

Chase Home Equity Line of Credit 2009
Acct No ***4375
POB 78035
Phoenix, AZ 85062-8035

Chase Home Finance
Acct No ***4375
POB 78420
Phoenix, AZ 85062-8420

Chase Home Finance (1st Mortgage) 2009
Acct No *****4121
POB 78148
Phoenix, AZ 85062-8116

Chase Home Finance (2nd Mortgage)
Acct No ***4375
POB 78116
Phoenix, AZ 85062-8116

Chase Home Finance c/o Rubanowitz, Esq
Acct No ***4375
8281 Melrose Avenue
Suite 205
Los Angeles, CA 90046

Chase Home Finance LLC
Acct No ***4375
3415 Vision Dr.
Columbus, OH 43219

Chase Manhattan Mortgage
Acct No ****7206
POB 78116
Phoenix, AZ 85062-8116

Chase Manhattan Mortgage
Acct No ***4375
3415 Vision Dr.
Columbus, OH 43219

Chase Manhattan Mortgage/WAMU MTG
Acct No ***4375
POB 78148
Phoenix, AZ 85062-8148

Chase Mortgage / JP Morgan Chase Bank
Acct No ***4375
Mail Stop JAXB2007
7255 Baymeadows Way
Jacksonville, FL 32256

Chateau Nouveau HOA
Acct No ****1030
3360 W Sahara Avenue #200
Las Vegas, NV 89102

Chevy Chase Bank
Acct No ***3074
6151 Chevy Chase Drive
Laurel, MD 20707

Chevy Chase Bank
Acct No ***3074
6200 Chevy Chase Drive
Laurel, MD 20707

City of Las Vegas - Sewer Division 2008
Acct No *****2079
400 E. Stewart Avenue - 6th Floor
Las Vegas, NV 89101

City of Las Vegas - SID
Acct No ****6019
P O Box 52781
Phoenix, AZ 85072

City of Las Vegas - SID
Acct No ****1038
400 E. Stewart Avenue - 6th Floor
Las Vegas, NV 89101

Clark County Treasurer
500 South Grand Central Parkway
P O Box 551220
Las Vegas, NV 89155-1220

Clark County Treasurer
Acct No ***9064
500 S. Grand Central Pkwy
POB 551220
Las Vegas, NV 89155

Clark County Treasurer
SUMMERLIN Mesa District #151
File 57254
Los Angeles, CA 90074-7254

Clark County Treasurer
Clark County Improvement District #142
File 57254
Los Angeles, CA 90074-7254

Clark County Water Reclaimation Dist 07
Acct No *****4440
P O Box 98526
Las Vegas, NV 89193-8526

Clark County Water Reclaimation District
P O Box 89526
Las Vegas, NV 89193-8526

Clark County Water Reclaimation District
Acct No ***2093
5857 East Flamingo Road
Las Vegas, NV 89122-5598

Cooper Castle Law Firm
Acct No ****3809
820 South Valley View Blvd.
Las Vegas, NV 89107

Cooper Castle Law Firm, LLP
Acct No ****3809
820 South Valley View Blvd.
Attn: Villa/08-03-1412
Las Vegas, NV 89107

Cooper Castle Law Firm, LLP
Acct No **8746
820 South Valley View Blvd.
Las Vegas, NV 89107

Countrywide / McCalla Raymer, LLC
Acct No ***xxxx ****1370
c/o McCalla Raymer, LLC / BK DEPT.
1544 Old Alabama Road
Roswell, GA 30076

Countrywide Home Loans
Acct No ****6324
400 Countrywide Way
Simi Valley, CA 93065-6298

Countrywide Home Loans
Acct No **8746
450 American Street
Simi Valley, CA 93065

Countrywide Home Loans
Acct No ***9288
POB 5170
Simi Valley, CA 93062

Countrywide Home Loans - Escrow Analysis
Acct No ***xxxx ****1370
Escrow Analysis Dept, SV-23
450 American Street
Simi Valley, CA 93065-6298

Countrywide Home Loans 2007
Acct No ***3920
POB 650070
Dallas, TX 75265-0070

Countrywide Home Loans 2007
Acct No ***3920
POB 650225
Dallas, TX 75265-0225

Countrywide Home Loans 2009
Acct No ***1370
450 American Street
MS CA6-921-01-03
Simi Valley, CA 93065

Countrywide Home Loans 2009
Acct No ***xxxx ****1370
POB 10229
MSN SV-26B
Van Nuys, CA 91410

Countrywide Home Loans, Inc
Acct No ***3920
c/o McCalla Raymer, LLC / BK DEPT.
1544 Old Alabama Road
Roswell, GA 30076

David L. Tanner, Esq.
Acct No ***6199
7472 West Sahara Avenue #101
Las Vegas, NV 89117

David L. Tanner, Esq.
Acct No ***6199
Attn: Master Court Calendar
7472 West Sahara Avenue - #101
- Sterling Park Office -
Las Vegas, NV 89117-2748

David L. Tanner, Esq. / Calendaring
Acct No ***6199
7472 West Sahara Avenue #101
Las Vegas, NV 89117

David L. Tanner, Esq., attn: Calendar
Acct No ****1998
7472 West Sahara Avenue #101
Las Vegas, NV 89117

District Court
Acct No ****5651
Case A-579691
Regional Justice Center
200 Lewis Avenue, Third Floor
Las Vegas, NV 89155

First American LoanStar Trustee Services
Acct No ***6199
P O Box 961253
Fort Worth, TX 76161

First American LoanStar Trustee Services
Acct No ***6199
1 First American Way
Fort Worth, TX 76162

First American LoanStar Trustee Svcs 09
Acct No ***6199
1 First American Way
WestLake, TX 76262

First American Title Ins Agency
Acct No ***xxx-xx945-A
Trust Department
P O Box 52023
Phoenix, AZ 85072-2023

GMAC Mortgage
Acct No ****5856
P O Box 4622
Waterloo, IA 50704

GMAC Mortgage
Acct No ****5856
P O Box 780
Waterloo, IA 50704-0780

GMAC Mortgage
Acct No ****5856
3451 Hammond Avenue
Waterloo, IA 50704

GMAC Mortgage
Acct No ****5856
3451 Hammond Avenue
Waterloo, IA 50702

GMAC Mortgage
Acct No ****5856
P O Box 780
3451 Hammond Avenue
Waterloo, IA 50704-0780

GMAC Mortgage - 2008
Acct No ****5856
P O Box 79135
Phoenix, AZ 85062-9135

GMAC Mortgage 2007
Acct No ****5856
3451 Hammond Avenue
Waterloo, IA 50704-0780

GMAC Mortgage 2008
Acct No ****5856
1100 Virginia Drive
Fort Washington, PA 19034

GMAC Mortgage 2008
Acct No ****5856
Mail Code-190-FTW-D45
11 Virginia Drive
Fort Washington, PA 19034

GMAC Mortgage 2009
Acct No ****5856
P O Box 12699
Glendale, AZ 85318

Golden West Savings Assn Svc Co
Box 34957
San Antonio, TX 78265-4857

Golden West Savings Assn Svc Co
Acct No ****3959
4101 Wiseman Blvd TX1641
San Antonio, TX 78251

Greenpoint Mortgage
Acct No ***3920
PO Box 79363
City Of Industry, CA 91716-9363

Greenpoint Mortgage
Acct No ***3920
2300 Brookstone Centre Parkway
Columbus, GA 31904

Greenpoint Mortgage 2009
Acct No ***3920
Box 84013
Columbus, GA 31908-4013

Greg Wilde, Esq.
Acct No ****5651
208 South Jones Blvd
re: a579691 (district court)
Las Vegas, NV 89107

Hampton & Hampton
Acct No ***1533
8965 South Pecos Road #10A
Henderson, NV 89074

Hampton & Hampton
Acct No ***1533
8965 South Pecos Road # 9A
Henderson, NV 89074

Hampton & Hampton / Aventura HOA
Acct No *****xxx-td-vi
8965 South Pecos Road #10A
Henderson, NV 89074

Hampton & Hampton / SW Ranch HOA
Acct No ****xxxxcpvi
8965 South Pecos Road #10A
Henderson, NV 89074

Hilton Grand Vacations
Acct No ****6242
Tuscany Village HOA - Assn Mgr
P O Box 538636
Atlanta, GA 30353-8636

Hilton Grand Vacations
Acct No 6424
Winston and Winston
295 Madison Avenue #930
New York, NY 10017

Honda Financial
Acct No ****8609
6261 Katella Avenue Suite 1A
Cypress, CA 90630

Honda Financial 2009
Acct No ****8609
P O Box 60001
City Of Industry, CA 91716-0001

Indy Mac Bank
Acct No ***0092
P O Box 78956
Phoenix, AZ 85062-8956

Indy Mac Bank
Acct No ***0092
P O Box 78826
Phoenix, AZ 85062-8826

Indy Mac Bank
Acct No ***0092
1 National City Parkway
Kalamazoo, MI 49009

Indy Mac Bank Home Loan Servicing
Acct No ***0092
6900 Beatrice Drive
Kalamazoo, MI 49009

Indymac Bank
Acct No ***0092
1 National City Parkway
Kalamazoo, MI 49009

Indymac Bank
Acct No ***0092
P O Box 4045
Kalamazoo, MI 49003-4045

Indymac Bank
Acct No ***0092
6900 Beatrice Drive
Kalamazoo, MI 49009

Kangas & Associates
Acct No ***6199
7472 West Sahara Avenue #101
Las Vegas, NV 89117

LaSalle National Bank
Acct No ****9806
3985 N. Milwaukee Avenue
Chicago, IL 60641

LaSalle National, N.A.
Acct No ****9806
3985 N. Milwaukee Avenue
Chicago, IL 60641

Laurie T. Clark
Acct No ****1998
7472 West Sahara Avenue
Sterling Park - Suite 101
Las Vegas, NV 89117-2748

Laurie T. Clark, Calendar Dept
7472 West Sahara Avenue
Sterling Park - Suite 101
Las Vegas, NV 89117-2748

Laurie T. Clark, Calendar Specialist
7472 West Sahara Avenue
Sterling Park - Suite 101
Las Vegas, NV 89117-2748

Laurie T. Clark, Intervention Specialist
Acct No ****1998
7472 West Sahara Avenue
Sterling Park - Suite 101
Las Vegas, NV 89117-2748

Mercedes Benz Financial
Acct No *****5182
POB 685
Roanoke, TX 76262

Mercedes-Benz Credit
Acct No *****5182
POB 9001921
Louisville, KY 40290

Mercedes-Benz Credit 2008
Acct No *****5182
POB 9001680
Louisville, KY 40290-1680

National Default Svcing Corp
Acct No ****5651
2525 East Camelback Road #200
Phoenix, AZ 85015

National Default Svcing Corp
Acct No ****5651
2525 East Camelback Road #200
Phoenix, AZ 85016

National Default Svcing Corp
Acct No ****5651
2525 East Camelback Road - Suite #200
Phoenix, AZ 85016

National Default Svcing Corp
Acct No ****5651
2525 East Camelback Road - Suite #200
TS#08-33084-LL-NV
Phoenix, AZ 85016

Ocwen Federal Bank FSB
Acct No ****9209
P O Box 785063
Orlando, FL 32878-5063

Ocwen Federal Bank FSB
Acct No *****4121
P O Box 6440
Carol Stream, IL 60197-6440

Ocwen Federal Bank FSB
Acct No *****4121
P O Box 785056
Orlando, FL 32878-5056

Ocwen Federal Bank FSB
Acct No *****4121
P O Box 785055
Orlando, FL 32878-5055

Old Republic Default Mgt Svcs.
Acct No ***3920
P O Box 250
Orange, CA 92856-6250

One West Bank / Indy Mac Bank
Acct No ***0092
7700 West Parmer Lane
Building D
Austin, TX 78729

Oxford Management
Acct No ***4375
CS 9018
Melville, NY 11747

Oxford Management
Acct No ***4375
P O BOX 1991
Southgate, MI 48195

Oxford Management
Acct No ***4375
135 Maxess Road
Melville, NY 11747

Quality Loan Service Corp
Acct No ***0092
2141 5th Avenue
San Diego, CA 92101

Quality Loan Service Corp 2008
Acct No ***0092
2141 5th Avenue
San Diego, CA 92101

Real Time Resolutions, Inc.
Acct No ****5856
1750 Regal Row - Suite 120
Dallas, TX 75235-2287

Real Time Resolutions, Inc. 2009
Acct No ****5856
P O Box 35888
Dallas, TX 75235-0888

ReconTrust Company
Acct No ***1370
177 Countrywide Way
Lancaster, CA 93535

ReconTrust Company
Acct No ***1370
Attn: Diana Stephanie Canas
1757 Tapo Canyon Rd., SVW-88
Simi Valley, CA 93063

ReconTrust Company
Acct No ***1370
2380 Performance Drive RGV -D7-450
Richardson, TX 75082

ReconTrust Company
Acct No ***1370
2380 Performance Drive RGV - D7 - 450
FAX: 972-498-5829
Richardson, TX 75082

ReconTrust Company
Acct No ****6300
2380 Performance Drive RGV-D7-450
Richardson, TX 75082

ReconTrust Company
Acct No ****6324
2380 Performance Drive RGV - D7 - 450
Richardson, TX 75082

ReconTrust Company 2009
Acct No ***1370
2380 Performance Drive RGV - D7 - 450
Richardson, TX 75082

Red Rock Financial Services
Acct No **7539
6830 West Oquendo Road - Suite #201
Las Vegas, NV 89118

Red Rock Financial Services
Acct No **7539
6830 West Oquendo Road - Suite #201
Attn: Stacy Dominguez
Las Vegas, NV 89118

Red Rock Financial Services
Acct No **7539
6830 West Oquendo Road - Suite #201
Attn: Sunset Pines North Ltd HOA R28263
Las Vegas, NV 89118

Redrock Country Club HOA
Acct No ***1404
CCMC
P O BOX 105260
Atlanta, GA 30348

Redrock Country Club HOA
Acct No ****REPAIRS / fine / HOA
1988 Alcova Ridge Drive
Las Vegas, NV 89135

Republic Services
Acct No ***2148
POB 78040
Phoenix, AZ 85062

Republic Services
Acct No ***9418
POB 98508
Las Vegas, NV 89193-8508

Republic Services
Acct No ***2148
770 E. Sahara Avenue
POB 98508
Las Vegas, NV 89193

Republic Services
Acct No ***2148
770 E. Sahara Avenue
POB 98508
Las Vegas, NV 89193-8508

Republic Services
Acct No ***2148
POB 78040
Phoenix, AZ 85062-8040

Select Portfolio Services 2009
Acct No ****2804
POB 65777
Salt Lake City, UT 84165-0777

Summerlin North Community Assn
Acct No ****5651
9911 Covington Cross Drive #103
Las Vegas, NV 89144

Summerlin North Community Assn 2009
Acct No *****1911
2120 Snow Trail
Las Vegas, NV 89134

Summerlin South Community Assoc. 2009
Acct No ***5130
10000 West Charleston Blvd - Suite 200
Las Vegas, NV 89135

Summerlin South Community Association
Acct No ****5651
10000 West Charleston Blvd - Suite 170
Las Vegas, NV 89135

Summerlin West Community Association
Acct No ***3810
10000 West Charleston Blvd - Suite 170
Las Vegas, NV 89135

Sunset Pines Landscape Assn
Acct No **7539
6830 West Oquendo Road #201
Las Vegas, NV 89118

Terra West Propery Management
Acct No 6427
2655 South Rainbow Blvd #200
attn: Granada Palomar HOA
Las Vegas, NV 89117

Terra West Propery Management /PARADAISO
Acct No ***2288
2655 South Rainbow Blvd #200
Las Vegas, NV 89117

Tiburon Financial
Acct No ****5651
218A South 108th Avenue
Omaha, NE 68154-2631

Tiburon Financial
Acct No ****5651
P O Box 770
Boys Town, NE 68154-2631

Tiburon Financial 2009
Acct No ****1998
P O Box 770
Boys Town, NE 68010-0770

Van Ru Credit Corp
Acct No ****5651
1315 East Touhy Avenue #100 E
Des Plaines, IL 60018-3307

Van Ru Credit Corp
Acct No ****5651
10024 Skokie Blvd - Suite 2
Skokie, IL 60077-1109

Van Ru Credit Corp
Acct No ****5651
P O Box 46346
Chicago, IL 60643-0436

Van Ru Credit Corp
Acct No ****5651
P O Box 46549
Chicago, IL 60646-0549

Wachovia Mortgage
Acct No ****3959
POB 60505
City Of Industry, CA 91716-0505

Washington Mutual Home Loans 2007
Acct No ***4375
P O Box 78148
Phoenix, AZ 85062-8148

Washington Mutual Home Loans 2007
Acct No ***4375
P O Box 44016 jaxa2000
Jacksonville, FL 32231-4016

Washington Mutual Home Loans 2009
Acct No ***4367
P O Box 78148
Phoenix, AZ 85062-8116

Washington Mutual Home Loans 2009
Acct No ***4375
P O Box 41275 jaxa2040
Jacksonville, FL 32203

Washington Mutual Risk Operations
Acct No ***4375
POB 201079 , S T A 2 L O C
Stockton, CA 95290

Wells Fargo Card Services
Acct No ****1283
P O B 30086
Los Angeles, CA 90030-0086

Wells Fargo Card Services
Acct No ***2037
POB 9210
Des Moines, IA 50306

Wells Fargo Home Mortgage
Acct No ****5651
POB 10335
Des Moines, IA 50306

Wells Fargo Home Mortgage
Acct No ****5651
3476 Stateview Blvd
Fort Mill, SC 29715

Wells Fargo Home Mortgage
Acct No ****5651
POB 14411
Des Moines, IA 50306-3411

Wells Fargo Home Mortgage
Acct No ****5651
POB 30427
Los Angeles, CA 90030-0427

Wilshire Credit Corp.
Acct No ****9806
POB 8517
Portland, OR 97207

Wilshire Credit Corp. 2008
Acct No ****9806
PO Box 1650
Portland, OR 97207-1650

Wilshire Credit Corporation
Acct No ****9806
POB 8517
Portland, OR 97207

Wilshire Credit Corporation
Acct No ****9806
1776 S.W. Madison Street
Portland, OR 97205